Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800

Amy Morrissey Turk (*Pro Hac Vice Pending*)
Robert W. McFarland (*Pro Hac Vice*)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
Phone: (757) 640-3716
Fax: (757) 640-3966
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Joel S. Allen (*Pro Hac Vice*)
MCGUIREWOODS LLP
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
Phone: (214) 932-6400
Fax: (214) 932-6499
jallen@mcguirewoods.com

*Attorney for Defendants*
*Portfolio Recovery Associates, LLC and PRA Group, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; PRA GROUP, INC., a Delaware Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PRA GROUP, INC.** |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their undersigned counsel, that defendant PRA GROUP, INC. shall be dismissed without prejudice.

IT IS FURTHER STIPULATED that the caption in this matter shall be amended to remove PRA Group, Inc. as a defendant.

Upon entry of this Order, Defendant PRA Group, Inc.'s Rule 12(b)(2) Motion to Dismiss (ECF 19) will be deemed moot. Each party is to bear their own attorney's fees and costs.

DATED this 14th day of July, 2020.
*Attorney for Plaintiffs*

/s/
Mark H. Hutchings
HUTCHINGS LAW GROUP, LLC
552 E. Charleston Blvd.
Las Vegas, NV 89104
mhutchings@hutchingslawgroup.com

DATED this 14 day of July, 2020.
*Attorneys for Defendants Portfolio Recovery Associates, LLC and PRA Group, Inc.*

/s/
Erica J. Chee
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Phone: (702) 369-6824
erica.chee@ogletree.com

Amy Morrissey Turk (*Pro Hac Vice Pending*)
Robert W. McFarland (*Pro Hac Vice*)
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
Phone: (757) 640-3716
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Joel S. Allen (*Pro Hac Vice*)
MCGUIREWOODS LLP
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
Phone: (214) 932-6400
jallen@mcguirewoods.com

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
July 17, 2020
DATED